UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE ANN SKINNER,

        Plaintiff,                             Case No. 15-cv-12368

v.                                          Paul D. Borman
                                            United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                            David R. Grand
                                            United States Magistrate Judge

        Defendant.
_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 15);
(2) GRANTING THE COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 12);
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 11); and
(4) AFFIRMING THE DECISION OF THE COMMISSIONER

On December 16, 2016, Magistrate Judge David R. Grand issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 15, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 11), GRANTS Defendant's Motion for Summary Judgment (ECF No. 12), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: January 19, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 19, 2017.

                                              s/Deborah Tofil
                                              Case Manager